UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

                    Plaintiff,

v.

PAT GLIBE,

                    Defendant.

CASE NO. C12-5317 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's application to proceed in forma pauperis is **DENIED**.

Dated this 25th day of May, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge