```
FILED _____ LODGED
_____ RECEIVED

NOV 07 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

                Plaintiff,

v.

PAT GLEBE,

                Defendant.

CASE NO. C12-5317 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 21) and Plaintiff Jimmy Leroy Ramseyer's objections to the R&R (Dkt. 22).

On September 26, 2012, Judge Creatura issued the R&R recommending that the Court transfer Ramseyer's petition to the Ninth Circuit because it is a second or successive petition by Ramseyer. Dkt. 21. On October 9, 2012, Ramseyer filed objections arguing that his first petition (Cause No. 3:05-cv-05006-FDB) was not decided on the merits. Dkt. 22. The Court has reviewed the first petition, concludes that it was explicitly decided on the merits, and finds Ramseyer's objections without merit.

1    Therefore, the Court having considered the R&R, Ramseyer's objections, and the

2    remaining record, does hereby find and order as follows:

3        (1)    The R&R is **ADOPTED**; and

4        (2)    This Clerk shall transfer this matter to the Ninth Circuit and close this case.

5        Dated this ___ day of November, 2012.

6

7                                          BENJAMIN H. SETTLE
                                           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2