FILED _____ LODGED
_____ RECEIVED

NOV 07 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

    Plaintiff,

v.

PAT GLEBE,

    Defendant.

CASE NO. C12-5317 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 21) and Plaintiff Jimmy Leroy Ramseyer's objections to the R&R (Dkt. 22).

On September 26, 2012, Judge Creatura issued the R&R recommending that the Court transfer Ramseyer's petition to the Ninth Circuit because it is a second or successive petition by Ramseyer. Dkt. 21. On October 9, 2012, Ramseyer filed objections arguing that his first petition (Cause No. 3:05-cv-05006-FDB) was not decided on the merits. Dkt. 22. The Court has reviewed the first petition, concludes that it was explicitly decided on the merits, and finds Ramseyer's objections without merit.

ORDER - 1

Therefore, the Court having considered the R&R, Ramseyer's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This Clerk shall transfer this matter to the Ninth Circuit and close this case.

Dated this ___ day of November, 2012.

BENJAMIN H. SETTLE
United States District Judge